TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2569
   Facsimile: (213) 894-0142
   E-mail: Victor.Rodgers@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $168,500.00 IN US CURRENCY AND 24 MISCELLANEOUS COLLECTIBLE COINS | 2:21-CM-00214<br><br>STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

    It is hereby stipulated by and between the United States of America ("United States" or "the government") and claimant Carroll Ball ("claimant") by and through their respective attorneys, as follows:

    1.   Pursuant to the claim that the United States alleges was received by the Federal Bureau of Investigation (the "FBI") on June 1, 2021, claimant filed a claim in the FBI administrative forfeiture proceedings to $168,500.00 in U.S. Currency (United States Asset Identification Number 21-FBI-002923) and 24 Miscellaneous Collectible

Coins (United States Asset Identification Number 21-FBI-003339).  The $168,500.00 in U.S. Currency and 24 Miscellaneous Collectible Coins are hereinafter referred to as the "property."

2.   It is the United States' position that the FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be August 30, 2021, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 29, 2021 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5.   Claimant knowingly, intelligently, and voluntarily gives up any right claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture by

August 30, 2021 and any right claimant may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

6. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to November 29, 2021.

SO STIPULATED.

DATED: August 23, 2021         TRACY L. WILKISON
                               Acting United States Attorney
                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division
                               JONATHAN GALATZAN
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                                 /s/ Victor A. Rodgers
                               VICTOR A. RODGERS
                               Assistant United States Attorney

                               Attorneys for
                               UNITED STATES OF AMERICA

DATED: August 23, 2021         PAUL L. GABBERT


                                 /s/ Paul L. Gabbert
                               PAUL L. GABBERT

                               Attorney for Claimant
                               CARROL BALL

3

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On August 23, 2021, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

**Paul L. Gabbert, Esq.**
**2530 Wilshire Boulevard, 2nd Floor**
**Santa Monica, CA 90403**

 **X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

**Executed on August 23, 2021 at Los Angeles, California.**

*/s/ Paul J. Read*
**Paul J. Read**
Paralegal, FSA